UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RICHARD VELUZAT, | ) |
|     Plaintiff | ) |
| | )   No. 3:12-1229 |
| v. | )   Judge Nixon/Brown |
| | )   **Jury Demand** |
| WILLIAMSON MEDICAL CENTER, | ) |
|     Defendant | ) |

## O R D E R

A telephone conference was held with the parties on September 23, 2013, to discuss case progress. The parties advised that there was a little bit of written discovery still outstanding, but they hoped to be able to resolve that shortly. At the present time they did not see the need to request any changes in the scheduling order. They also advised that they thought it was a bit early for alternative dispute resolution at this point. The parties are advised that the Magistrate Judge stands ready to assist with alternative dispute resolution at their request at any time.

It is so **ORDERED**.

/s/   Joe B. Brown
JOE B. BROWN
United States Magistrate Judge