UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RICHARD VELUZAT, ) | |
| ) | |
| Plaintiff ) | |
| ) | No. 3:12-1229 |
| v. ) | Judge Nixon/Brown |
| ) | **Jury Demand** |
| WILLIAMSON MEDICAL CENTER, ) | |
| ) | |
| Defendant ) | |

**O R D E R**

A telephone conference was held at the request of the parties on March 3, 2014, to discuss a scheduling issue. The Plaintiff has advised that he cannot get off work to attend his scheduled deposition set for March 4, 2014. The present deadline for completing discovery is March 14, 2014 (Docket Entry 29). The Plaintiff wants to schedule six depositions of the Defendant's employees.

After discussion with the parties, the discovery deadline is extended to **May 16, 2014**. The dispositive motion deadline is extended to **June 13, 2014**. Responses to dispositive motions shall be filed within **28 days** after service. Briefs shall not exceed **25 pages** without leave of Court. Optional replies, limited to **five pages**, shall be filed within **14 days** after service of the response. If dispositive motions are filed early, the response and reply dates are moved up accordingly.

After consulted with Judge Nixon's Courtroom Deputy, the present trial and final pretrial conference dates (Docket Entry 22) are **CANCELED**. This jury trial is reset for **October 28, 2014**, **at**

**9:00 a.m.** Judge Nixon will conduct the final pretrial conference on **October 17, 2014, at 10:00 a.m.** Judge Nixon will issue a separate order covering his requirements for the final pretrial conference and the trial.

It is so **ORDERED**.

/s/   Joe B. Brown
JOE B. BROWN
United States Magistrate Judge