IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| RICHARD VELUZAT | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:12-01229 |
| | ) | JURY DEMAND |
| WILLIAMSON MEDICAL CENTER | ) | |
| | ) | Judge Nixon |
| Defendant. | ) | Magistrate Judge Brown |

**ORDER**
**Motion Granted**
**/S/ Joe B. Brown**
**JOE B. BROWN**
**Magistrate Judge**

## JOINT MOTION TO TAKE DEPOSITION

COME now Plaintiff and Defendant and move this Honorable Court for an Order allowing the deposition of Marlene Cole, Representative for Gallagher Group, to take place outside of the discovery deadline of May 16, 2014. Plaintiff filed a Motion to Extend Discovery Deadline with this Court to take the deposition of three (3) fact witnesses, including Ms. Cole. (D.E. No. 31). This Honorable Court denied Plaintiff's motion and advised the parties could submit an agreed order. (D.E. No. 32). Plaintiff and Defendant have conferred with one another and agree that the deposition of Ms. Cole should go forward; however, the same has been set for June 3, 2014, outside of the discovery deadline. Furthermore, the parties agree that Ms. Cole's deposition will not affect the dispositive motion deadline of June 13, 2014 or the trial date of this matter.

WHEREFORE, Plaintiff and Defendant move this Court for an Order allowing the deposition of Marlene Cole, Representative for Gallagher Group, to take place outside of the discovery deadline on June 3, 2014 by agreement of counsel for parties.

1