```
                   UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF TENNESSEE
                          NASHVILLE DIVISION


RICHARD VELUZAT,                    )
                                    )
         Plaintiff,                 )
                                    )
     v.                             )    NO.  3:12-cv-1229
                                    )    Judge Nixon/Brown
WILLIAMSON MEDICAL CENTER,          )    JURY DEMAND
                                    )
         Defendant.                 )
```

**O R D E R**

This case has been on referral to the undersigned for case management. It appears from the docket that all deadlines have now passed and there is a pending dispositive motion (Docket Entry 35) before Judge Nixon. A Jury Trial is set to begin on October 28, 2014, and a Pretrial Conference on October 17, 2014.

Inasmuch as there appear to be no further proceedings to be conducted before the Magistrate Judge, the Clerk is directed to term the referral and transmit this file to Judge Nixon.

If the parties believe Alternative Dispute Resolution (ADR) would be useful, they may contact the Magistrate Judge's office to request assistance.

It is so **ORDERED**.


    /s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge